**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:20-CV-02233-RBD-EJK**

**HEALTHE, INC.,**

               **Plaintiff,**

**v.**

**HIGH ENERGY OZONE LLC d/b/a**
**FAR-UV STERILRAY; S. EDWARD**
**NEISTER; AND PATHOGEN PATH**
**CONSULTING LLC,**

               **Defendants**.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, HEALTHE, INC. ("Plaintiff"), by and through its undersigned counsel, hereby discloses the following pursuant to this Court's order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        a.     HEALTHE, INC. (Plaintiff);

        b.     Lighting Science Group Corp. (corporation having a minority ownership interest in Healthe, Inc.)

      c.     Akerman LLP, David S. Wood, Esq., and Monica M. Kovecses, Esq. (Co-Counsel for Plaintiff); and

      d.     Kirkland & Ellis LLP, Garret A. Leach, P.C., Eric D. Hayes, P.C., and Adam M. Kaufmann, Esq. (Co-Counsel for Plaintiff).

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

      a.     None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

      a.     None.

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

      a.     None.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 23, 2020.     Respectfully submitted,

     */s/ David S. Wood*
     David S. Wood, Esq., Trial Counsel
     Florida Bar No.:  289515
     Email:  david.wood@akerman.com
     Monica M. Kovecses, Esq.
     Florida Bar No.:  105382
     Email:  monica.kovecses@akerman.com
     **AKERMAN LLP**

Post Office Box 231
Orlando, Florida 32802-0231
Phone:  (407) 423-4000
Fax:   (407) 843-6610
and

Garret A. Leach, P.C. (*pro hac vice admitted*)
Email:  garret.leach@kirkland.com
Eric D. Hayes, P.C. (*pro hac vice admitted*)
Email:  eric.hayes@kirkland.com
Adam M. Kaufmann, Esq.  (*pro hac vice admitted*)
Email:  adam.kaufmann@kirkland.com
**KIRKLAND & ELLIS LLP**
300 N. La Salle
Chicago, IL 60654
Phone:  (312) 862-2000
*Counsel for Plaintiff* HEALTHE, INC.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 23, 2020, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send an electronic notice to all counsel of record.

*/s/ David S. Wood*
David S. Wood, Esq.

55826092;1