IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEALTHE, INC.,

      Plaintiff,

v.                                                                  Case No.: 6:20-cv-02233-RBD-EJK

HIGH ENERGY OZONE LLC; S.
EDWARD NEISTER; and PATHOGEN
PATH CONSULTING LLC,

      Defendants.

## DEFENDANT PATHOGEN PATH CONSULTING LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Pathogen Path Consulting LLC, by and through undersigned counsel,

hereby discloses the following pursuant to this Court's Order on Interested Persons and

Corporate Disclosure (ECF No. 8):

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

      **Plaintiff, Healthe, Inc.**

      **Defendant, High Energy Ozone LLC d/b/a Far-UV Sterilray**

      **Defendant, S. Edward Neister**

      **Defendant, Pathogen Path Consulting LLC**

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **None.**

118303355

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Defendant, High Energy Ozone LLC d/b/a Far-UV Sterilray**

**Defendant, S. Edward Neister**

**Defendant, Pathogen Path Consulting LLC**

5.      Check one of the following:

___**X**_____   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

- or –

_____   I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated:  January 8, 2021                    Respectfully submitted,

                                           */s/ Alex L. Braunstein*
                                           Alex L. Braunstein
                                           Fox Rothschild LLP
                                           Florida Bar No. 98289
                                           777 South Flagler Drive
                                           Suite 1700, West Tower
                                           West Palm Beach, FL 33401
                                           Tel.: (561) 835-9600
                                           Fax: (561) 835-9602
                                           Email:  abraunstein@foxrothschild.com

                                           Brent P. Ray (*pro hac vice pending*)
                                           King & Spalding LLP
                                           110 N. Wacker, Suite 3800
                                           Chicago, IL 60606
                                           Tel.: (312) 764-6925
                                           Email: bray@kslaw.com

                                           *Counsel for Defendants High Energy Ozone*
                                           *LLC, S. Edward Neister, and Pathogen Path*
                                           *Consulting LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all attorneys of record.

*/s/ Alex L. Braunstein*
Alex L. Braunstein