# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| HEALTHE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-20-cv-2233-RBD-EJK |
| ) | |
| HIGH ENERGY OZONE LLC d/b/a ) | |
| FAR-UV STERILARY; S. EDWARD ) | |
| NEISTER; and PATHOGEN PATH ) | |
| CONSULTIING LLC ) | |
| ) | |
| Defendants ) | |

## Notice of Mediation Impasse

1. On May 4, 2021, the parties mediated this matter before the undersigned.

2. No resolution was reached and an impasse was declared.

Respectfully submitted this 4th day of May, 2021.

                /s/ William H. Hollimon
                WILLIAM H. HOLLIMON
                HOLLIMON, P.A.
                Mediator
                118 N. Gadsden Street
                Tallahassee, Florida  32301
                Phone:     850.320.8515
                Florida Bar No.:  0104868
                bill@hollimonpa.com

## **Certificate of Service**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via the Court's CM/ECF system this 4th day of May 2021.

             <u>/s/ William H. Hollimon</u>

             Mediator