UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEALTHE, INC.,

    Plaintiff,

v.                                                        Case No. 6:20-cv-2233-RBD-EJK

HIGH ENERGY OZONE LLC; S.
EDWARD NEISTER; and
PATHOGEN PATH CONSULTING
LLC,

    Defendants.
_____

## ORDER

Plaintiff moves to dismiss Defendant Pathogen Path Consulting, LLC ("PPC"), as PPC has no ownership rights in the patents disputed in this case. (Doc. 77.) Defendants do not oppose. (*Id.* at 4.) So the Court dismisses the claims against PPC and terminates PPC as a party. *See* Fed. R. Civ. P. 41(a).

Accordingly, it is **ORDERED AND ADJUDED:**

1. Plaintiff Healthe, Inc.'s Unopposed Motion to Dismiss Its Claims Against Defendant Pathogen Path Consulting LLC (Doc. 77) is **GRANTED.**

2. Plaintiff's claims against Defendant Pathogen Path Consulting, LLC

are **DISMISSED WITHOUT PREJUDICE**. (*See* Doc. 1.)

3. The Clerk is **DIRECTED** to terminate Defendant Pathogen Path Consulting LLC as a party to this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 28, 2021.

ROY B. DALTON JR.
United States District Judge